**FILED**
January 5, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBY CELLY URIBE,

    Defendant.

Case No. 2:24-mj-00001-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RUBY CELLY URIBE</u> Case No. <u>2:24-mj-00001-DB</u> Charges <u>26 USC § 5861(d)</u> from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ _____ |
| x | Unsecured Appearance Bond $ <u>25,000.00 cosigned by defendant's husband, Edward Mattey</u> |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| x | (Other): <u>Released forthwith with terms as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 1/8/2024.</u> |

Issued at Sacramento, California on January 5, 2024 at 2:30 PM.

Dated: January 5, 2024

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE